**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re David A. Chaumette

Appellate case number:      01-13-00957-CV

Trial court case number:     64769

Trial court:                23rd District Court of Brazoria County, Texas

On November 6, 2013, relator, David A. Chaumette, filed a petition for a writ of habeas corpus. Relator's petition fails to include a certification in compliance with Texas Rule of Appellate Procedure 52.3(j). Accordingly, if relator desires to proceed with his original proceeding, relator must file a proper certification within 10 days of this order. If a proper certification is not filed, relator's petition for writ of habeas corpus will be denied.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                     ☑ Acting individually    ☐ Acting for the Court

Date: November 8, 2013